IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF & AMY, INC.; and JOSEPH MATHEW,<br><br>      Plaintiffs,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | No. C 12-2075 CW<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS AND DISMISSING CLAIMS OF PLAINTIFF JOSEPH MATHEW FOR FAILURE TO PROSECUTE<br>(Docket No. 6) |

On May 2, 2012, Defendant American Economy Insurance Company, sued as Safeco Insurance Company of America, filed a motion to dismiss the claims brought against it by Plaintiff Joseph Mathew. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Defendant's motion was due two weeks later, or by May 16, 2012.

Plaintiff, who is represented by counsel, has failed to file an opposition to the motion to dismiss. Accordingly, the Court GRANTS Defendant's unopposed motion to dismiss and DISMISSES Plaintiff's claims for failure to prosecute (Docket No. 6).

IT IS SO ORDERED.

Dated: 5/18/2012

CLAUDIA WILKEN
United States District Judge