**SEDGWICK LLP**
BRUCE D. CELEBREZZE, SBN 102181
*bruce.celebrezze@sedgwicklaw.com*
NICHOLAS J. BOOS, SBN 233399
*nicholas.boos@sedgwicklaw.com*
JASON J. CHORLEY, SBN 263225
*jason.chorley@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

**LAW OFFICE OF BRIAN K. VARGHESE**
BRIAN K. VARGHESE (SBN 262664)
84 West Santa Clara Street, Suite 540
San Jose, California 95113
Telephone: (408) 286-6012
Facsimile: (408) 286-6076
Email: bvarghese@varghesellp.com

Attorney for Plaintiff
JEFF & AMY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF & AMY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and DOES ONE through TWENTY inclusive. <br><br> Defendants. | **Case No. 3:12-cv-02075-JST** <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DATES SET FORTH IN THE JULY 25, 2012 CASE MANAGEMENT ORDER [ECF NO. 21]** |

1    Plaintiff JEFF & AMY, INC. ("Jeff & Amy"), and defendant AMERICAN ECONOMY
2  INSURANCE COMPANY ("AEIC"), erroneously sued as Safeco Insurance Company of America
3  (collectively the "Parties"), by and through their respective counsel, and subject to the Court's
4  order, hereby stipulate and agree as follows:
5    WHERAS, on or about July 25, 2012 this Court issued a Case Management Order (ECF
6  No. 21) setting forth the following schedule, in part, for this matter:
7    Completion of Fact Discovery:                                              [4/5/13]
8    Disclosure of identities and reports of expert witnesses:                  [4/12/13]
           Supplemental:                                                        [5/10/13]
9
     Completion of Expert Discovery:                                            [5/31/13]
10
     All case-dispositive motions to be heard at 2:00 P.M. on or before:        [6/20/13]
11
     WHEREAS, on or about February 12, 2013, this Court issued a Reassignment Order (ECF
12
  No. 25) maintaining the fact and expert discovery deadlines, and vacating the pretrial conference
13
  and trial dates;
14
     WHEREAS, the primary dispute between the Parties pertains to Jeff & Amy's business
15
  income loss claim;
16
     WHEREAS, following the issuance of the March 4, 2013 Stipulated Protective Order, Jeff
17
  & Amy produced additional documents – which it contends are confidential – that it contends
18
  support its business income loss claim;
19
     WHEREAS, the Parties have agreed to continue discussions regarding the possible
20
  informal resolution of this action, and have agreed to engage in those further discussions before
21
  incurring the expense associated with depositions;
22
     WHEREAS, considerations of efficiency and judicial economy support extending the
23
  deadline to complete discovery in order to facilitate discussions between the Parties regarding a
24
  possible informal resolution;
25
     WHEREAS, the Parties wish to extend only the discovery and motion deadlines.
26
     IT IS HEREBY STIPULATED by and between Jeff & Amy and AEIC that the schedule
27
  set forth in the Court's July 25, 2012 Case Management Order (ECF No. 21) be amended as
28

SF/3785349v1                                       -2-
STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DATES SET FORTH IN THE JULY 25,
                      2012 CASE MANAGEMENT ORDER

follows:

    Completion of Fact Discovery: [5/31/13]

    Disclosure of identities and reports of expert witnesses: [6/7/13]
                              Supplemental: [7/5/13]

    Completion of Expert Discovery: [7/26/13]

    All case-dispositive motions to be heard at 2:00 P.M. on or before: [8/15/13]

DATED:  March 28, 2013                      LAW OFFICE OF BRIAN K. VARGHESE

By: */s/ Brian K. Varghese*
     Brian K. Varghese, Esq.
     Attorney for Plaintiff
     JEFF & AMY, INC.

DATED:  March 28, 2013                      SEDGWICK LLP

By: /s/ *Jason J. Chorley*
     Bruce D. Celebrezze
     Nicholas J. Boos
     Jason J. Chorley
     Attorneys for Defendant
     AMERICAN ECONOMY INSURANCE
     COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 1, 2013

*IT IS SO ORDERED*
*[signature]*
Judge Jon S. Tigar

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]