1  **SEDGWICK LLP**
   BRUCE D. CELEBREZZE, SBN 102181
2  *bruce.celebrezze@sedgwicklaw.com*
   NICHOLAS J. BOOS, SBN 233399
3  *nicholas.boos@sedgwicklaw.com*
   JASON J. CHORLEY, SBN 263225
4  *jason.chorley@sedgwicklaw.com*
   333 Bush Street, 30th Floor
5  San Francisco, California 94104
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7  Attorneys for Defendant
   AMERICAN ECONOMY INSURANCE COMPANY
8

9  **LAW OFFICE OF BRIAN K. VARGHESE**
   BRIAN K. VARGHESE (SBN 262664)
10 84 West Santa Clara Street, Suite 540
   San Jose, California 95113
11 Telephone: (408) 286-6012
   Facsimile: (408) 286-6076
12 Email: bvarghese@varghesellp.com

13 Attorney for Plaintiff
   JEFF & AMY, INC.
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 | JEFF & AMY, INC., et al.,                      | **Case No. 3:12-cv-02075-JST**
19 |          Plaintiffs,                            | **STIPULATION AND [PROPOSED]**
                                                       **ORDER AMENDING CERTAIN**
20 |     v.                                          | **DATES SET FORTH IN THE JULY 25,**
                                                       **2012 CASE MANAGEMENT ORDER**
21 | AMERICAN ECONOMY INSURANCE                     | **[ECF NO. 21]**
   | COMPANY, an Indiana corporation, and DOES
22 | ONE through TWENTY inclusive.
23 |          Defendants.
24
25
26
27
28

SF/3785349v1                              -1-
STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DATES SET FORTH IN THE JULY 25,
                    2012 CASE MANAGEMENT ORDER

1   Plaintiff JEFF & AMY, INC. ("Jeff & Amy"), and defendant AMERICAN ECONOMY
2 INSURANCE COMPANY ("AEIC"), erroneously sued as Safeco Insurance Company of America
3 (collectively the "Parties"), by and through their respective counsel, and subject to the Court's
4 order, hereby stipulate and agree as follows:
5   WHERAS, on or about July 25, 2012 this Court issued a Case Management Order (ECF
6 No. 21) setting forth the following schedule, in part, for this matter:
7   Completion of Fact Discovery:                                                           [4/5/13]
8   Disclosure of identities and reports of expert witnesses:                               [4/12/13]
                              Supplemental:                                                 [5/10/13]
9
    Completion of Expert Discovery:                                                         [5/31/13]
10
    All case-dispositive motions to be heard at 2:00 P.M. on or before:                     [6/20/13]
11
      WHEREAS, on or about February 12, 2013, this Court issued a Reassignment Order (ECF
12
No. 25) maintaining the fact and expert discovery deadlines, and vacating the pretrial conference
13
and trial dates;
14
      WHEREAS, the primary dispute between the Parties pertains to Jeff & Amy's business
15
income loss claim;
16
      WHEREAS, following the issuance of the March 4, 2013 Stipulated Protective Order, Jeff
17
& Amy produced additional documents – which it contends are confidential – that it contends
18
support its business income loss claim;
19
      WHEREAS, the Parties have agreed to continue discussions regarding the possible
20
informal resolution of this action, and have agreed to engage in those further discussions before
21
incurring the expense associated with depositions;
22
      WHEREAS, considerations of efficiency and judicial economy support extending the
23
deadline to complete discovery in order to facilitate discussions between the Parties regarding a
24
possible informal resolution;
25
      WHEREAS, the Parties wish to extend only the discovery and motion deadlines.
26
      IT IS HEREBY STIPULATED by and between Jeff & Amy and AEIC that the schedule
27
set forth in the Court's July 25, 2012 Case Management Order (ECF No. 21) be amended as
28

SF/3785349v1                                      -2-
STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DATES SET FORTH IN THE JULY 25,
                        2012 CASE MANAGEMENT ORDER

follows:

| | |
|---|---:|
| Completion of Fact Discovery: | [5/31/13] |
| Disclosure of identities and reports of expert witnesses: | [6/7/13] |
| Supplemental: | [7/5/13] |
| Completion of Expert Discovery: | [7/26/13] |
| All case-dispositive motions to be heard at 2:00 P.M. on or before: | [8/15/13] |

DATED:  March 28, 2013          LAW OFFICE OF BRIAN K. VARGHESE

By: _/s/ Brian K. Varghese_
Brian K. Varghese, Esq.
Attorney for Plaintiff
JEFF & AMY, INC.

DATED:  March 28, 2013          SEDGWICK LLP

By: _/s/ Jason J. Chorley_
Bruce D. Celebrezze
Nicholas J. Boos
Jason J. Chorley
Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 1, 2013

IT IS SO ORDERED
Judge Jon S. Tigar

SF/3785349v1                           -3-
STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DATES SET FORTH IN THE JULY 25, 2012 CASE MANAGEMENT ORDER