UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF & AMY, INC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 12-cv-02075-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 40 |

The parties stated on the record on June 12, 2013, that they have settled this action. *See* Dkt. No. 40. Accordingly, all deadlines and hearings in this case are VACATED. By July 26, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 12, 2013

                                      JON S. TIGAR
                             United States District Judge