UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF & AMY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and DOES ONE through TWENTY inclusive.<br><br>　　　　Defendants. | Case No. 3:12-cv-02075-JST<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[FED. R. CIV. P. 41] |

　　Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety. Each party shall bear his or its own attorneys' fees and costs.

　　**IT IS SO ORDERED**.

DATED: July 3, 2013

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE